**Michael M. PENNELL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 102182**

Missouri Court of Appeals, Eastern District, **DIVISION THREE.**

Filed: March 29, 2016

Damien De Loyola, 920 West Main Street, Suite 500, Kansas City, Missouri 64105, for Appellant.

Chris Koster, Gregory L. Barnes, P.O. Box 899, Jefferson City, Missouri 65102, for Respondent.

Before Lawrence E. Mooney, Acting P.J., Sherri B. Sullivan, J., and James M. Dowd, J.

## ORDER

PER CURIAM

Michael M. Pennell appeals the denial of his motion for post-conviction relief following an evidentiary hearing. Pennell alleges two claims of ineffective assistance of counsel: 1) appellate counsel failed to argue that there was insufficient evidence to establish that what he delivered was a controlled substance; and 2) trial counsel was ineffective by eliciting evidence regarding the police's investigation into Pennell prior to his arrest in the underlying criminal case. Finding no clear error, we affirm.

The judgment of the trial court is based on findings of fact that are not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).